| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Daniel M. Bates | Social Security number or ITIN   xxx–xx–2886 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kim Mary Bates | Social Security number or ITIN   xxx–xx–5421 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–15316–MBK | | |

# Order of Discharge                                                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daniel M. Bates                                                Kim Mary Bates
                                                                             fka Kim Smith

6/21/19                                                              **By the court:**  Michael B. Kaplan
                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318　　　　　　　　**Order of Discharge**　　　　　　　　page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 19-15316-MBK
Daniel M. Bates                                                          Chapter 7
Kim Mary Bates
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jun 21, 2019
                              Form ID: 318             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.
```
db/jdb         Daniel M. Bates,    Kim Mary Bates,    339 Lakewood Rd,    New Egypt, NJ 08533-2112
cr            +Hyundai Capital America dba Hyundai Motor Finance,    PO Box 269011,    Plano, TX 75026-9011
518121794      Capital One Auto Finance,    PO Box 30253,    Salt Lake City, UT 84130-0253
518121801     +Freehold Hospitalists, LLC,    4255 Route 9 North Suite B,    Freehold, NJ 07728-8306
518121802      Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
518121805     +Police and Fire Federal Credit Union,    901 Arch St,    Philadelphia, PA 19107-2495
518121809      Synchrony Bank/ Mavis Tire,    Attn: Bankruptcy Department,    PO Box 965064,
                Orlando, FL 32896-5064
518121812      Toyota Financial Services,    6565 Headquarters Dr,    Plano, TX 75024-5965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2019 00:33:05     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2019 00:33:00     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: AISACG.COM Jun 22 2019 04:03:00     CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON,
                4515 N SANTA FE AVE,   OKLAHOMA CITY, OK 73118-7901
518121793      E-mail/Text: lshields@trafgroup.org Jun 22 2019 00:33:07     American Trading Company,
                Attn: Law Offices of Mark A, Kriegel,    PO Box 6448,   Lawrenceville, NJ 08648-0448
518132305     +EDI: AISACG.COM Jun 22 2019 04:03:00     Capital One Auto Finance, a division of,
                AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518121795      EDI: CAPITALONE.COM Jun 22 2019 04:03:00     Capital One Bank, USA N.A.,   PO Box 30281,
                Salt Lake City, UT 84130-0281
518121796      EDI: CHASE.COM Jun 22 2019 04:03:00     Chase Slate Card Services,   PO Box 15298,
                Wilmington, DE 19850-5298
518121797      EDI: WFNNB.COM Jun 22 2019 04:03:00     Comenity Bank/ Boscovs,    Attn: Bankruptcy Department,
                PO Box 183043,   Columbus, OH 43218-3043
518121798      EDI: WFNNB.COM Jun 22 2019 04:03:00     Comenity Bank/ Kay Jewelers,
                Attn: Bankruptcy Department,    PO Box 182125,   Columbus, OH 43218-2125
518121799      EDI: WFNNB.COM Jun 22 2019 04:03:00     Comenity Bank/ Pier 1 Imports,
                Attn: Bankruptcy Department,    PO Box 182125,   Columbus, OH 43218-2125
518121800      EDI: DISCOVER.COM Jun 22 2019 04:03:00     Discover,   PO Box 30421,
                Salt Lake City, UT 84130-0421
518121803      EDI: HY11.COM Jun 22 2019 04:03:00     Hyundai Motor Finance,   PO Box 20809,
                Fountain Valley, CA 92728-0809
518121804      E-mail/Text: bncnotices@becket-lee.com Jun 22 2019 00:32:15     Kohls Department Stores, Inc,
                PO Box 3115,   Milwaukee, WI 53201-3115
518121806      EDI: SEARS.COM Jun 22 2019 04:03:00     Sears Credit Cards,   PO Box 6283,
                Sioux Falls, SD 57117-6283
518123009     +EDI: RMSC.COM Jun 22 2019 04:03:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
518121807      EDI: RMSC.COM Jun 22 2019 04:03:00     Synchrony Bank/ Care Credit,
                Attn: Bankruptcy Department,    PO Box 965064,   Orlando, FL 32896-5064
518121808      EDI: RMSC.COM Jun 22 2019 04:03:00     Synchrony Bank/ Lowes,    Attn: Bankruptcy Department,
                PO Box 965060,   Orlando, FL 32896-5060
518121810      EDI: RMSC.COM Jun 22 2019 04:03:00     Synchrony Bank/ Walmart,   Attn: Bankruptcy Department,
                PO Box 965064,   Orlando, FL 32896-5064
518121811      EDI: TFSR.COM Jun 22 2019 04:03:00     Toyota Financial Services,   PO Box 4102,
                Carol Stream, IL 60197-4102
518121813      EDI: WFFC.COM Jun 22 2019 04:03:00     Wells Fargo Bank, N.A.,   PO Box 6995,
                Portland, OR 97228-6995
518121814      EDI: WFFC.COM Jun 22 2019 04:03:00     Wells Fargo Card Services,   PO Box 30086,
                Los Angeles, CA 90030-0086
                                                                                              TOTAL: 21
```

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jun 21, 2019
                              Form ID: 318             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2019 at the address(es) listed below:
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com;frost@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kurt E. Reinheimer    on behalf of Joint Debtor Kim Mary  Bates kerrein66@comcast.net,
               G1659@notify.cincompass.com
              Kurt E. Reinheimer    on behalf of Debtor Daniel M. Bates kerrein66@comcast.net,
               G1659@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```