Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 19–15316–MBK
                    Chapter: 7
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Daniel M. Bates | Kim Mary Bates |
| 339 Lakewood Rd | fka Kim Smith |
| New Egypt, NJ 08533–2112 | 339 Lakewood Rd |
| | New Egypt, NJ 08533–2112 |

Social Security No.:
  xxx–xx–2886                                     xxx–xx–5421

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barry Frost is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 28, 2019</u>                 <u>Michael B. Kaplan</u>
                                            Judge, United States Bankruptcy Court